IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARC L. OSWELL                         :         Civil No.: 02-3271
                                       :
        vs.                            :
                                       :
SOUNDEX, LLC                           :

**O R D E R**

       **AND NOW**, this 16th day of October, 2002, it having been reported that the issues between the parties have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

       **ORDERED** that this action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs , as to the above named parties only.

ATTEST:
BY:                                        or        BY THE COURT:

_____                   _____
Lenora Kashner                                      Michael Baylson, J.
Deputy Clerk

Civ 12 (7/95)
41(b)pty.frm

A:\Oswell 41 Order.wpd